DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRGINIA UNDERWOOD,**
Appellant,

v.

**WENDY GLADSTONE** and **RENEE RICHEL,** as Trustee for the
**REFLECTIONS 5G TRUST,** and **LA PINATA CONDOMINIUM
ASSOCIATION, INC.,**
Appellees.

No. 4D22-484

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502017CA008698XXXXMB (AI).

Andrew J. Calandro of Calandro Law, Riverview, and Justin Abbarno of DiCello Levitt Gutzler, Mentor, Ohio, for appellant.

Gina E. Romanik and Ela M. Hernandez of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, Miami, for appellees Wendy Gladstone and Renee Richel, as Trustee for the Reflections 5G Trust.

Josef M. Fiala and Ashley N. Landrum of Vernis & Bowling of Palm Beach, P.A., North Palm Beach, for appellee La Pinata Condominium Association, Inc.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***